IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | |
|---|---|
| MAJOR GENERAL AMATT | : |
| Plaintiff | : |
| v | : Civil Action No. L-02-1983 |
| WEINSTOCK, FRIEDMAN & P.A. | : |
| Defendant | : |

...oOo...

## MEMORANDUM

On June 12, 2002 the above captioned complaint was filed by Plaintiff *pro se* along with a Motion to Proceed In Forma Pauperis. Although Plaintiff's complaint was docketed as a civil rights violation complaint, it is entirely unclear to the undersigned what the complaint is alleging. In the space provided for explanation of jurisdiction Plaintiff has written the following statement: "phone lines at home and not taking complaint on officers threatening to take me central booking and Spring Grove (code 10) a Sgt Cook the Towson State Judisical Police of Student Affairs Joseph Herbert says for all of this disrespect and not having disciplining for me as a lady they are to be court marshalled." Paper No. 1. This statement is the only narrative provided by Plaintiff and appears to be the only assertion made as the basis for this lawsuit.

Although Plaintiff's Motion to Proceed In Forma Pauperis is incomplete, this Court will grant in forma pauperis in this case. Plaintiff is cautioned, however, that in the future any Motion to Proceed In Forma Pauperis must contain information about income received and debts owed. It is unacceptable to simply write the word "private" in the space provided for reporting salary amounts. *See* Paper No. 2.

Under the provisions of 28 U.S.C. §1915(e) "the court shall dismiss the case at any time

if the court determines that . . . the action or appeal . . . is frivolous or malicious; . . . [or] fails to state a claim on which relief may be granted." The instant complaint must be dismissed under this standard. Plaintiff has not provided any information that might lead to a reasonable conclusion that some cause of action has accrued on her behalf. As such, the complaint is frivolous and must be dismissed.

June 19, 2002
Date

Benson Legg
Benson Everett Legg
United States District Judge