IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | |
|---|---|
| MAJOR GENERAL AMATT | : |
| Plaintiff | : |
| v | : Civil Action No. L-02-1983 |
| WEINSTOCK, FRIEDMAN & P.A. | : |
| Defendant | : |

...oOo...

### ORDER

For the reasons stated in the foregoing Memorandum it is this _19 TH_ day of _June_, 2002 hereby **ORDERED** that:

1. The complaint is **DISMISSED** pursuant to 28 U.S.C. §1915(e);

2. Plaintiff's Motion to Proceed *In Forma Pauperis* is **GRANTED**;

3. The Clerk is drected to **mail** a copy of the foregoing Memorandum and a copy of this Order to Plaintiff; and

4. The Clerk is directed to **CLOSE** this file.

Benson Everett Legg
United States District Judge

3